Rachel E. Kaufman (Cal Bar No. 259353)
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Classes*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VALDES, individually on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>NATIONWIDE REAL ESTATE EXECUTIVES, INC., a California corporation,<br><br>   *Defendant*. | Case No.<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

  The undersigned, counsel of record for Plaintiff Jorge Valdes, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

Plaintiff's Certification of Interested Entities or Persons
Case No.

- Plaintiff Jorge Valdes

- Members of the putative Classes

- Defendant Nationwide Real Estate Executives, Inc. and any entities or persons interested therein

- Counsel for the parties

Respectfully submitted,

**Jorge Valdes**, individually and on behalf of those similarly situated individuals

Dated: September 10, 2020

By: /s/ Rachel E. Kaufman
Rachel E. Kaufman (Cal Bar no. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for the Plaintiff and the putative Classes*